DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

In the Interest of C.R., minor child.

C.R.,

Appellant,

v.

DEPARTMENT OF CHILDREN AND FAMILIES and
STATEWIDE GUARDIAN AD LITEM PROGRAM,

Appellees.

No. 2D2023-2797
_____

June 7, 2024

Appeal from the Circuit Court for Hillsborough County; Leslie Schultz-Kin, Judge.

David A. Dee of The Law Offices of David A. Dee, P.A., Tampa, for Appellant.

Mary Soorus, Appellate Counsel, Children's Legal Services, Tampa, for Appellee Department of Children and Families.

Sara Elizabeth Goldfarb, Statewide Director of Appeals, and Sarah Todd Weitz, Senior Attorney, Appellate Division, Statewide Guardian ad Litem Office, Tallahassee; and Morgan Patricia Theodore, Pro Bono, of Morgan P. Theodore Law, PLLC, Statewide Guardian ad Litem Office, Defending Best Interests, Miami, Attorneys for Appellee, Statewide Guardian ad Litem Office o/b/o C.R.

PER CURIAM.

Affirmed.

SLEET, C.J., and NORTHCUTT and MORRIS, JJ., Concur.

_____

Opinion subject to revision prior to official publication.